UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRITO-LAY NORTH AMERICA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | No.  4:12-CV-00074-ALM |
| MEDALLION FOODS, INC. and RALCORP HOLDINGS, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, the Court hereby renders final judgment in conformity with the jury verdict delivered on March 1, 2013.  Based on the verdict, the Court enters judgment in favor of Defendants that Plaintiff take nothing by way of its claims.  It is therefore ORDERED, ADJUDGED AND DECREED that all of Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE.  All pending motions are denied as moot.  Costs of court are taxed against Plaintiff.

**SIGNED this 4th day of April, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE